UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY MICK, *as Special Administrator of the Estate of Dorothy Mick, Deceased*, )<br><br>   Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, *on behalf of its agency, the Farm Service Agency, f/k/a Farmers Home Administration*, )<br><br>   Defendant. ) | Case No. 10-cv-487-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own initiative for purposes of case management. Specifically, the Court is concerned with Plaintiff Jeffrey Mick's failure to respond to the Government's Motion to Dismiss (Doc. 7).

Pursuant to Local Rule 7.1(c), Mick's response was due thirty days after said motion was served, but thirty days have passed and Mick has not responded. The Court may, in its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. S.D. Ill. L. R. 7.1(c).

Being fully advised of the premises, the Court hereby **ORDERS** Mick to **SHOW CAUSE** on or before **September 10, 2010**, why the Court should not construe his failure to timely respond to the Government's dismissal motion as an admission of its merits and enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: August 25, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
